UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| United States of America, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Beechard C. McConnell, and Patricia )<br>McConnell )<br>)<br>Defendants. ) | C/A No.: 8:14-cv-2696-GRA<br><br>**ORDER**<br>(Written Opinion) |

This matter is before the Court on the Joint Motion to Stay Civil Action filed on May 20, 2015. ECF No. 18. The parties request to "stay this case for 90 days and to hold in abeyance all remaining deadlines required by the scheduling order so that the parties can effectuate the terms of the settlement while the case remains open." *Id.* The parties request the stay because "it will take the parties time to effectuate the terms of the settlement, which requires administrative actions be taken by the IRS." *Id.* Accordingly, this Court finds that a stay in this case is appropriate. The case will be stayed for a period of ninety (90) days by which time the parties will submit a consent judgment resolving all issues in this action.

**IT IS THEREFORE ORDERED** that the Joint Motion to Stay is GRANTED.

**IT IS SO ORDERED.**

_____
G. Ross Anderson, Jr.
Senior United States District Judge

May 22, 2015
Anderson, South Carolina